UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

DAVON L. OUTTEN,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, DAVON L. OUTTEN, is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida.

4. Defendant, NCO FINANCIAL SYSTEMS, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania, 19044.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

> April 6, 2009
> This message is meant for Mr. Outten. My name is Mr. Jay Coya. Please give me a call at 1-800-816-5572 and refer to ID code ML3929.
>
> April 9, 2009, 8:07 AM
> Hi. This message is for Devon Outten. This is Mr. Singleton. Please return my call 1-800-816-5572, extension 4651. When calling back reference numbers ML3929.
>
> April 9, 2009, 4:59 PM – Pre-Recorded Message

2

This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please call Matthew Carty back today at 1-800-816-5572. Once again, that number is 1-800-816-5572. Thank you.

April 10, 2009 – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems Incorporated. The Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 888-451-5983. Once again, the number is 888-451-5983. When calling please use reference ID 140617. Thank you. Goodbye.

April 13, 2009
This message is meant for Mr. & Mr. Outten. My name is Mr. Jay Coya. Please give me a call at 1-800-816-5572 and refer to ID code ML3929.

June 16, 2009 – Pre-Recorded Message
Hello. This is an important message from NCO Financial Center Corporation. The Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 888-451-5983. Once again, the number is 888-451-5983. When calling please use reference ID 140617. Thank you. Goodbye.

June 18, 2009, 8:09 AM
Hi.  This confidential message is for Mr. Davon Outten.  My name is Mr. Singleton.  Please return my call 1-800-816-5572 Extension 4651.  Reference Number ML3929.

June 18, 2009, 11:00 AM – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated.  Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Please call Matthew Kearney back today at 1-800-816-5572.  Once again, the number is 1-800-816-5572.  Thank you.

June 18, 2009, 7:32 PM – Pre-Recorded Message

Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 888-451-5983.  Once again, the number is 888-451-5983.  When calling, please use Reference ID 140617.  Thank you.  Goodbye.

June 18, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated.  Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Please return this call to Mr. Redmond at 1-888-451-5983.  Again, please return this call to Mr. Redmond at 1-888-451-5983.  Thank you.

June 19, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Center Corporation.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 888-451-5983.  Once again, the number is 888-451-5983.  When calling, please use Reference ID 140617.  Thank you.  Goodbye.

August 24, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Redman at 1-888-451-5983.  Again, please return this call to Mr. Redman at 1-888-451-5983.  Thank you.

August 25, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Redman at 1-888-451-5983.  Again, please return this call to Mr. Redman at 1-888-451-5983.  Thank you.

August 26, 2009, 9:59 AM – Pre-Recorded Message

This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Redman at 1-888-451-5983. Again, please return this call to Mr. Redman at 1-888-451-5983. Thank you.

August 26, 2009, 2:38 PM
Hi this message is for Davon Outten, my name is Arian, calling with NCO Financial Systems. I need a call back today, my toll-free number is 888-451-5983, again it's 888-451-5983. When calling back, your reference ID number is 140617. Again, my name is Arian and my extension is 3146. Thank you.

August 27, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Redman at 1-888-451-5983. Again, please return this call to Mr. Redman at 1-888-451-5983. Thank you.

August 28, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Redman at 1-888-451-5983. Again, please return this call to Mr. Redman at 1-888-451-5983. Thank you.

August 31, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Redman at 1-888-451-5983. Again, please return this call to Mr. Redman at 1-888-451-5983. Thank you.

11. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

14. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

16. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20. Plaintiff incorporates Paragraphs 1 through 17.

21. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.,</u> 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.,</u> 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22.    Plaintiff incorporates Paragraphs 1 through 17.

23.    Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

24.    Plaintiff incorporates Paragraphs 1 through 17.

25. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT V
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26. Plaintiff incorporates Paragraphs 1 through 17.

27. Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

  c. declaring that Defendant's practices violate the FCCPA;

  d. permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28. Plaintiff incorporates Paragraphs 1 through 17.

29. By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

30. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

31.    Plaintiff incorporates Paragraphs 1 through 17.

32.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

    d.    Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
>Donald A. Yarbrough, Esq.
>Florida Bar No. 0158658